■ In the Matter of Rita Brady, Respondent, v Anne M. Delaney, Appellant, et al., Respondents. — In a proceeding to invalidate a petition designating Anne Marie Delaney as a candidate in the Democratic Party Primary Election to be held on September 10, 1981 for the public office of Council Member from the 21st Council District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 18, 1981, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements, on the decision of Justice Zelman at Special Term. Damiani, J. P., Gibbons, Gulotta and Bracken, JJ., concur.

■ In the Matter of Vincent Corso, Jr., et al., Respondents, v Everett F. McNab et al., Constituting the Board of Elections of the County of Suffolk, Appellants, and Joan C. Hempstead, Respondent. — In a proceeding to validate petitions designating petitioners as candidates in the Republican Party Primary Election to be held on September 10, 1981 for the party position of County Committeeman from the 55th Election District, Town of Brookhaven, the appeal is from a judgment of the Supreme Court, Suffolk County (Underwood, J.), dated August 18, 1981, which granted the application. Judgment affirmed, without costs or disbursements. No opinion. Mangano, J. P., Rabin, Margett and Thompson, JJ., concur.

■ In the Matter of Patricia A. Ferris et al., Respondents, v Thomas A. Dunne et al., Appellants, et al., Respondents. — In a proceeding to invalidate petitions designating Thomas A. Dunne as a candidate in the Democratic Party Primary Election to be held on September 10, 1981 for the public office of Councilman from the 29th Councilmanic District, the appeal is from a judgment of the Supreme Court, Kings County (Slavin, J.), dated August 21, 1981, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. No opinion. Damiani, J. P., Gibbons, Gulotta and Bracken, JJ., concur.

■ In the Matter of Maureen M. Flaig, Appellant, v Everett McNab et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and William Shotack et al., Respondents-Respondents. — In a proceeding, *inter alia,* to validate petitions resulting in the designation of the petitioner as a candidate in the Conservative Party Primary Election to be held on September 10, 1981 for the public office of Supervisor, Town of Brookhaven, the appeal, as limited by the appellant's brief, is from so much of a judgment of the Supreme Court, Suffolk County, dated August 22, 1981, as dismissed the proceeding. Judgment affirmed insofar as appealed from, without costs or disbursements, for the reasons set forth in the decision of Mr. Justice Baisley at Special Term (see *Matter of Fotopoulos v Board of Elections of City of N.Y.,* 45 NY2d 807; *Matter of Di Lorenzo v Heffernan,* 187 Misc 766, affd 271 App Div 802, affd 296 NY 687). In addition, we note that the designating petition of John Ray was invalid because a certificate of authorization by the Conservative Party was never filed (see *Matter of Quinn v Power,* 28 AD2d 687). Mangano, J. P., Rabin, Margett and Thompson, JJ., concur.